FILED

JAN 27 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ /s/ _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 5:15-MJ-2277
No. 5:15-MJ-2278
No. 5:15-MJ-2279
No. 5:15-MJ-2280
No. 5:15-MJ-2282

IN THE MATTER OF THE APPLICATION OF )
THE UNITED STATES OF AMERICA )
FOR SEARCH WARRANTS )         **MOTION TO UNSEAL**

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Honorable Court for an Order to unseal the affidavit, application for a search warrant, search warrant, and return of service in the above-referenced matters, in order to fulfill the Government's upcoming discovery obligations. In support of this request, it shows unto the Court the following:

1) On December 16, 2015, United States Magistrate Judge James E. Gates signed search warrants under the above-captioned magistrate numbers. They were executed the next day.

2) The Government is actively disclosing discovery material in this case, and it therefore seeks to unseal the affidavit, application for a search warrant, search warrant, and return of service in the above-referenced matters in order to comply with its discovery obligations.

Respectfully submitted this 27th day of January, 2016.

JOHN STUART BRUCE
Acting United States Attorney

*Scott Lemmon*
_____
SCOTT A. LEMMON
Assistant U.S. Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
Email: scott.lemmon@usdoj.gov